JONES *v.* WAYNE CIRCUIT JUDGE.

MANDAMUS — PROPRIETY OF REMEDY — LEAVE TO FILE AMENDED PLEADING.

This court will not interfere by mandamus to compel a circuit judge to vacate an order denying a motion for leave to file amended pleadings, the order being reviewable on error after judgment.

Mandamus by Clarence R. Jones, administrator de bonis non of the estate of James A. Jones, deceased, to compel Henry A. Mandell, circuit judge of Wayne county, to vacate an order denying a motion to file an amended declaration. Submitted November 15, 1904. (Calendar No. 20,633.) Writ denied September 28, 1905.

*Lehmann & Riggs*, for relator.

*John D. Conely*, for respondent.

PER CURIAM. The question in this case is whether this court should interfere by mandamus to compel the circuit judge to vacate an order denying a motion for leave to file an amended declaration; said motion having been made before trial of the cause, which has not yet taken place.

The question is properly reviewable on error after judgment, if the proper exception was taken, by including the proceedings in the bill of exceptions. See *People* v. *Anderson*, 53 Mich. 60; *Pangborn* v. *Insurance Co.*, 67 Mich. 683; *Skutt* v. *Kent Circuit Judge*, 136 Mich. 477; *Snyder* v. *Quarton*, 47 Mich. 211. This being so, mandamus will not lie.

The writ will be denied.